UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JILL MEYER,<br><br>      Plaintiff,<br><br>vs.<br><br>RONALD GELB, individually and as trustee for,<br>ODYSSEY BUSINESS TRUST<br><br>      Defendant. | Civil Action No. 04-CV-10054 RCL |

### DISMISSAL WITH PREJUDICE

Having entered into a Settlement Agreement with the defendant, plaintiff hereby dismisses all claims with prejudice.

January 26, 2004

JILL MEYER
By her counsel,

_____
Ira H. Grolman (BBO #556709)
Donahue & Grolman
The Electric Carriage House
321 Columbus Ave.
Boston, MA 02116
Phone: 617.859.8966
Fax: 617.859.8903

742908.4

